UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-cr-361 (RMB) |
| v. | <u>CONTINUANCE ORDER</u> |
| MARVIN MURPHY | |

This matter having come before the Court for arraignment on the superseding indictment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jeffrey Bender, Assistant U.S. Attorney, appearing); and the Defendant being represented by Ira Slovin, Esquire; and the parties having met and conferred prior to arraignment; and he parties jointly having sought an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the

1

defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21st day of July, 2023,

ORDERED that this action be, and hereby is, continued until October 1, 2023; and it is further

ORDERED that the period from the date of this order through October 1, 2023 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

Honorable Renée Marie Bumb
United States Chief District Judge

Consented to as to form and entry:

JEFFREY BENDER
Assistant U.S. Attorney

IRA SLOVIN, ESQ.
Counsel for defendant

2